WORKMEN'S BUILDING AND LOAN ASSOCIATION OF ELIZA-
BETH, NEW JERSEY, complainant-respondent,

*v.*

HARVEY G. REDDEN, INCORPORATED, et al., defendants-
appellants.

[Submitted May 31st, 1935.   Decided January 31st, 1936.]

*Mr. Arthur T. Vanderbilt,* for the appellants.

*Mr. David S. Forman,* for the respondent.

PER CURIAM.

The decree appealed from required the defendants to inter-
plead respecting a sum of money which the complainant
prayed leave to pay into court and in which it claimed no
interest.   An examination satisfies us that the proofs exhibit
sufficient facts to justify the intervention of the court of
chancery to compel the defendants to thus interplead.

Of the three parties defendant but one appeals, seeking, no
doubt, to enforce its claim, if any claim exists, directly against
the building association.   This claim the building association
is ready to pay over were it not for other claimants on the
same fund.   Obviously the building association, making no
claim of its own, should not be subjected to this proceeding
provided of course that the essential requisites of an inter-
pleader are disclosed.   These requisites we think clearly
appear and the decree appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, RAFFERTY, JJ. 11.

*For reversal*—None.